IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Rite Rug Co., | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT RAM PARTNERS, LLC'S** |
| Mattoni Holdings, LLC, RAM Partners, | ) | **ANSWERS TO LOCAL RULE 26.01** |
| LLC, and Bradford Realty, LLC, | ) | **INTERROGATORIES** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant RAM Partners, LLC (hereinafter "Defendant"), by and through its undersigned counsel of record, hereby answers Local Rule 26.01 Interrogatories as follows:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response:**    None known at this time.

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**Response:**    Defendant has a right to a jury trial on all legal claims, provided Defendant is not entitled to judgment as a matter of law.

(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Response:**    Defendant is not a publicly owned company.

(1)    Defendant is not a parent or partner of any publicly owned company.

(2)    Defendant is not a publicly traded company.

(3)    None.

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response:**     The Complaint was filed in the Court of Common Pleas for Spartanburg County and removed to the United States District Court for the District of South Carolina, Spartanburg Division.  Defendant does not intend to challenge the appropriateness of the division.

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges. [1]

**Response:**

(1)     Bradford Realty, LLC v. RAM Partners, LLC, Case No. 7:15-cv-02055-TMC.

(2)     The within action is related to the action identified in Item 1, because the underlying dispute that is the subject of the within action is referenced in the case described in Item 1.

(3)     The status of the related action described in Item 1 is pending.

(F)     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response:**     Defendant is properly identified.

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe in detail the basis of said liability.

**Response:**     Defendant denies that any entity or person is liable for Plaintiff's claims.

---

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet.  Although the Civil Cover Sheet requires only that you disclose pending related cases, this interrogatory and this District's assignment procedures require disclosure of any prior or pending related case whether civil or criminal.  Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS44 Civil Cover Sheet.

Respectfully submitted,

COLLINS & LACY, P.C.

By:   s/Ross B. Plyler

Ross B. Plyler, Fed ID No. 9409
rplyler@collinsandlacy.com
Logan M. Wells, Fed ID No. 10714
lwells@collinsandlacy.com
110 West North Street, Suite 100 (29601)
Post Office Box 1746
Greenville, SC 29602
Phone: 864-282-9100
Fax:   864-282-9101

ATTORNEYS FOR DEFENDANT
RAM PARTNERS, LLC

Greenville, South Carolina
August 5, 2015

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Rite Rug Co., | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Mattoni Holdings, LLC, RAM Partners, | ) | |
| LLC, and Bradford Realty, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is to certify that I did serve on this date a copy of **DEFENDANT RAM PARTNERS, LLC'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** in the above-mentioned matter on the person(s) listed below by enclosing a copy of same in an envelope with sufficient postage thereon prepaid in the United States mail, addressed as follows:

Shane W. Rogers
Johnson, Smith, Hibbard & Wildman Law Firm, L.L.P.
220 North Church Street, Suite 4 (29306)
Post Office Drawer 5587
Spartanburg, SC 29304

K. Jay Anthony
The Anthony Law Firm, P.A.
250 Magnolia Street (29306)
Post Office Box 3565
Spartanburg, SC 29304

**COLLINS & LACY, P.C.**

By:    s/Ross B. Plyler_____
        Ross B. Plyler, Fed ID No. 9409
        rplyler@collinsandlacy.com

        ATTORNEYS FOR DEFENDANT
        RAM PARTNERS, LLC

Greenville, South Carolina
August 5, 2015

4