IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Rite Rug Co., | ) | Civil Case No.: 7:15-cv-03076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Mattoni Holdings, LLC; RAM Partners, LLC; and | ) | |
| Bradford Realty, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**TO:    THE ABOVE-NAMED DEFENDANTS:**

PLEASE TAKE NOTICE THAT the above-named Plaintiff Rite Rug Co., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to the Defendants.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides, in relevant part:

> Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment * * *

No Defendant has served an answer or motion for summary judgment in response to Plaintiff's Complaint. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

s/Shane W. Rogers
Shane W. Rogers (Fed. I.D. No.: 07364)
srogers@jshwlaw.com
Johnson Smith Hibbard & Wildman Law Firm, LLP
P.O. Drawer 5587
Spartanburg, SC  29304-5587
Telephone: (864) 582-8121
Spartanburg, South Carolina     Facsimile: (864) 585-5328
August 6, 2015     Attorney for Plaintiff Rite Rug Co.